**Name and Inmate Booking Number**
Nathan Garcia Haines
Inmate ID# 2563407

High School Student # 691295
Social Security # 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
Lawyer Phone Carl E. G. Arnold C.E.G.A. Law
# 702-358-1138

**Place of Confinement** Clark County Detention Center
330 S. Casino Center Blvd,
Las

Talent Agent Phone
Phone # 702-419-4665

Mail Copies To Both Addresses.

**Mailing Address** 7858 Flat Creek St.
~~Las Vegas, NV 89131~~ (N64)

4846 High Creek Dr.
Permanent Address
North Las Vegas, NV 89031
City, State, Zip Code

Eighth Judicial District Court Specialty Courts Division
200 Lewis Avenue 4th Floor
Las Vegas, Nevada 89155
Honorable Magistrate Jennifer Taglietti.
Fifth Floor Regional Justice Center Magistrate
200 Lewis Avenue, Honorable Harmony Letizia
Las Vegas, NV 89155

**City, State, Zip Code**
Las Vegas, NV 89131

① Resort Stay International
(Bobby Horrowitz)
② Maricela Bautista and
Gregory Limon
STATE OF NEVADA, Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

vs.

(1) Nathan Garcia Haines,
(2) Kim Kardashian,
(3) Kylie Kristen Jenner,
(4) Selena Gomez,
Lt (5) Katrina Wilson,
Defendant(s).

(Jeff Ru) ① 2011-11F08330X
(Talia Walkensh) ② 2019-C-17-325855-1
(Tyler Gaston) ③ 2023-C-19-344910-1
Case No. ___
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT**
**BY AN INMATE**

☑ Original Complaint          Municipal Court
☐ First Amended Complaint     Justice Court
☐ Second Amended Complaint    District Court

☐ Jury Trial Demanded  Supreme Court

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 17 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**A. JURISDICTION**

1) This Court has jurisdiction over this action pursuant to
   ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)
   ☑ Other: Double Brady Motion was not honored in Preliminary Hearing with one Amended Count A Felony plus original Count A, 2 Counts B's, and

2) Institution/city where Plaintiff currently resides: ① Las Vegas, NV ② Las Vegas, NV
2 Gross Misdemeanors, 5 Charges Total. Pull Court Entry also

3) Institution/city where violation(s) occurred: Case ① 7-11 Maryland Parkway and Harmon near U.N.L.V Law Institute College Campus. Case ② Resort Stay International Corporate Headquarters. Case ③ District Court Clerks Office Case was already closed

## B. DEFENDANTS

1. Name of first Defendant: Nathan Garcia Haines. The first Defendant is employed as: Unarmed State Employee (Position of Title) at Private Investigators Licensing Board (Institution)

2. Name of second Defendant: Kim Kardashian. The second Defendant is employed as: Wife and Mother Of My 4 Step Kids North, Saint, Chicago, and Psalm (Position of Title) at Grandpa Danny Joseph Haines and Grandma Debbie Dorothy Garcia Haines, 7858 Flatcreek St, Las Vegas, NV 89131, (Institution)

3. Name of third Defendant: Kylie Kristen Jenner. The third Defendant is employed as: Night C.E.O! (Position of Title) at Kylie Cosmetics (Institution)

4. Name of fourth Defendant: Selena Gomez. The fourth Defendant is employed as: Singer & Actor (Position of Title) at Mandalay Bay Resort and Casino (Institution)

5. Name of fifth Defendant: Katrina Wilson. The fifth Defendant is employed as: Rank Lt, Police Officer (Position of Title) at Parole & Probation (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. NATURE OF THE CASE

Briefly state the background of your case.

18 Years of a Implant Drilled into center of my skull with Satelitte tracking and Brain Tissue swap with a piece of Adolf Hitler no check from United States Air Force Police. Contact Tech. Sgt. Jennifer Johnson and speak to her Captain.

D.        CAUSE(S) OF ACTION

CLAIM 1

Case ①-11F08330X

1. State the constitutional or other federal civil right that was violated: I had Metro Call Tabitha Gunett not to send Lt. Katrina Wilson away as a 18 year person on Probation Her Mother inayaad Car at 7-11

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities        ☑ Medical care              ☑ Mail
   ☑ Disciplinary proceedings ☑ Exercise of religion      ☑ Property
   ☑ Access to the court      ☑ Excessive force by officer ☑ Retaliation
   ☑ Threat to safety         ☑ Other: Discovery and Removal Of Case.

3. **Date(s) or date range** of when the violation occurred: 4-29-11 to 5-9-11

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: **The Double Brady Motion closed the case Diana L. Sullivan Justice Court Dept. 12 Preliminary Hearing.**

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities     ☑ Medical care          ☑ Mail
   ☑ Disciplinary proceedings  ☑ Exercise of religion  ☑ Property
   ☑ Access to the court   ☑ Excessive force by officer  ☑ Retaliation
   ☑ Threat to safety      ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: N.6.H. 10-27-19 to 6-18-23

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   Case wase closed in Preliminary Hearing. Was up to 5 Charges after a amended one was added in. Check Minutes from hearing. Transfer all files to Carl E. G. Arnold 702-358-1138 C.E.G.A Law. I want you to pay $25,000 Retainer since I'm detained against my will from 4-12-23 to 8-18-23.

4

## CLAIM 3

C06-17-325855-1 N,6H
~~C06-19-344910-1~~

1. State the constitutional or other federal civil right that was violated: Write to a Preliminary Hearing.

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☑ Medical care
   - ☑ Mail
   - ☑ Disciplinary proceedings
   - ☑ Exercise of religion
   - ☑ Property
   - ☑ Access to the court
   - ☑ Excessive force by officer
   - ☑ Retaliation
   - ☑ Threat to safety
   - ☑ Other: Discovery and Bobby Morowitz Didn't show up for trial in Harmony Letizia Court Dep t 3 Justice Court.

3. **Date(s) or date range** of when the violation occurred: 6-1-16 to 10-1-18

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.

5

### E.    PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?    ☐ Yes    ☒ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☒ Yes    ☐ No

*yes 3 Strikes but never went to Fish Tank on Prison.*
*Case 1) 11F06330X (2011 year) Close  Case 2) C-17-325855-1 close 2018  Case 3) C-19-349910-1 (2023 year) Close*

### F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: *Pay my retainer of $25,000 to Carl E.G. Arnold Law firm. C.E.G.A. www.C.E.G.A.Law.com (702)-358-1138*

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

*"Under Duress" Off Record) Captain Chad A. Ufholz Air Force and (NASA) Alias Signing Sgt. Bruntnell*
(name of person who prepared or helped prepare this complaint if not the plaintiff)

*(( Under Duress (A.K.A. "Under Duress" Nathan Noel Garcia Kardashian*
*Nathan G. Haines Haines*
(signature of plaintiff)

*6-18-23*
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

6

Case 2:23-cv-01286-MMD-EJY   Document 1-1   Filed 08/17/23   Page 12 of 14

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $402.00 (which includes the $350 filing fee and a $52 administrative fee), which I must pay in full; and

   (a) if my current account balance (line #1 below) is $402.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $402.00 before I will be allowed to proceed with the action;

   (b) if I do **NOT** have $402.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

   (c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $52 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one): ✓ civil rights ___ habeas corpus

*Handwritten annotations:*
- Unlawful Detainment, Former Captain Mark Knowles A Metro Police Officer assaulted me with Attempted Murder "Under Duress"
- Nathan Garcia Haines — INMATE NAME (printed)
- SIGNATURE & PRISON NUMBER: Nathan G. Haines 256340
- "Under Duress" Nathan G. Haines 6-18-23 — DATE
- AUTHORIZED OFFICER: Tech. Sgt Jennifer Johnson
- TITLE: Air Force Police
- Joe Hardy Jr. District Court Department 15 pays this for me, I'm married to his family, Madison Boen

1. CURRENT ACCOUNT BALANCE

2. AVERAGE MONTHLY BALANCE*

3. AVERAGE MONTHLY DEPOSITS*

4. FILING FEE (based on #1, #2 or #3, whichever is greater)

\* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
(Please sign in ink in a)
(color other than black.)

4